AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:21-mj-00240 |
| EMMA CORONEL AISPURO | ) Assigned to: Judge Harvey, G. Michael |
|  | ) Assign Date: 2/17/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  2011 through January 17, 2017  in the county of  Mexico and elsewhere  in the             District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 21 U.S.C. §§ 959(a), 960, 963 | Conspiracy to Distribute 5 Kilograms or More of Cocaine, 1 Kilogram or More of Heroin, 500 Grams or More of Methamphetamine, and 1000 Kilograms or More of Marijuana for Importation into the United States |
| 18 U.S.C. § 2 | Aiding and Abetting |

This criminal complaint is based on these facts:

See attached Affidavit of FBI Special Agent Eric McGuire

☑ Continued on the attached sheet.

*Complainant's signature*

FBI Special Agent Eric McGuire
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/17/2021

*Judge's signature*

City and state:  Washington, District of Columbia     Hon. G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*