UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CASE NO. 21-mj-240** |
| v. : | |
| **EMMA CORONEL AISPURO,** : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States of America, by and through the Chief of the Narcotic and Dangerous Drug Section of the Criminal Division, United States Department of Justice, hereby informs the Clerk of this court and all parties of record that Katharine A. Wagner, Trial Attorney of the Narcotic and Dangerous Drug Section, enters her appearance as an attorney for the Government.

Respectfully Submitted,

ARTHUR G. WYATT, Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

By:   /s/Katharine A. Wagner
Katharine A. Wagner
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
145 N Street, NE
Washington, D.C. 20530
Tel.:   (202) 514-4584
Email:  Katharine.Wagner@usdoj.gov

1

2

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was sent via email to the Defendant's counsel on record this 23rd day of February 2021.

                                                        */s/ Katharine A. Wagner*
                                                         Katharine A. Wagner
                                                         Trial Attorney
                                                         Narcotic and Dangerous Drug Section
                                                         Criminal Division
                                                         Department of Justice