**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES**<br><br>v.<br><br>**EMMA CORONEL AISPURO,**<br>        **Defendant.** | **Case No. 1:21-mj-240** |

## DEFENDANT'S MOTION FOR LEAVE TO FILE SEALED MATERIAL

Defendant Emma Aispuro, by and through undersigned counsel, respectfully moves this Court for an order to file Defendant's Motion to Admit Jeffrey Lichtman *Pro Hac Vice* and attachments under seal.

The proposed sealed motion and materials contain sensitive information regarding Mr. Lichtman and sealing requested to ensure the privacy of this information.

**WHEREFORE**, for the foregoing reasons, Emma Aispuro respectfully requests that this Court grant her Motion for Leave to File Sealed Material and order that the Motion for Admission of Attorney *Pro Hac Vice* and attachments be sealed and entry on the public docket of the motion and attachments be delayed until further order of this Court.

Respectfully submitted,

_____/s_____
David Benowitz DC Bar No. 451557
*Counsel for Emma Aispuro*
Price Benowitz LLP
409 7th Street, NW, Suite 200
Washington, DC 20004
(202) 417-6000
david@pricebenowitz.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this 24th day of February 2021, I caused a true and correct copy of the foregoing Defendant's Motion for Leave to Filed Sealed Material and attachments to be delivered via email to Assistant United States Attorneys Anthony John Nardozzi and Katharine Ann Wagner, U.S. Department of Justice, Narcotic and Dangerous Drug Section, 145 N Street, NE Washington, D.C. 2530.

_____/s/_____
David Benowitz