UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 1:21–MJ–00240 |
| v. | : | |
| | : | **UNDER SEAL** |
| EMMA CORONEL AISPURO, | : | |
| | : | February 23, 2021 |
| Defendant. | : | |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2, defendant moves for the admission and appearance of attorney Jeffrey Lichtman *pro hac vice* in the above-entitled action.  This motion is supported by the Declaration of Jeffrey Lichtman, filed herewith.  As set forth in Mr. Lichtman's declaration, he is admitted and an active member in good standing the following courts and bars: the New York State, the Southern, Eastern, and Western Districts of New York, the Second Circuit Court of Appeals, the Third Circuit Court of Appeals, and the United States Supreme Court.

This motion is supported and signed by David Benowitz, an active and sponsoring member of the Bar of this Court.

Respectfully submitted,

/s/ David Benowitz
David Benowitz (Bar # 451 557)
Price Benowitz LLP
409 7th Street NW
Suite #222
Washington, D.C. 20004
202-804-9484
David@pricebenowitz.com