AO 442 (Rev. 11/11) Arrest Warrant

9876830

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Emma Coronel Aispuro

Defendant

Case: 1:21-mj-00240
Assigned to: Judge Harvey, G. Michael
Assign Date: 2/17/2021
Description: COMPLAINT W/ARREST WARRANT

U.S. MARSHAL -DC PM 2:45
RECEIVED FEB 19 '21

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Emma Coronel Aispuro ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute 5 Kilograms or More of Cocaine, 1 Kilogram or More of Heroin, 500 Grams or More of Methamphetamine, and 1000 Kilograms or More of Marijuana for Importation into the United States, in violation Title 21 U.S.C. §§ 959(a), 960, 963.

Aiding and Abetting, Title 18 U.S.C. § 2

Date:   02/17/2021

Digitally signed by G. Michael Harvey
Date: 2021.02.17
20:23:55 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.

Hon. G. Michael Harvey U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* FEBRUARY 17, 2021, and the person was arrested on *(date)* FEBRUARY 22, 2021
at *(city and state)*   DULLES AIRPORT, VA.

Date:   FEBRUARY 22, 2021

*Arresting officer's signature*

R. UBALDO / USMS OCDETF
*Printed name and title*