AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Emma Coronel Aispuro | ) Case No. 21-mj-240 (GMH) |
| *Defendant* | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 03/19/2021

/s/ Emma Coronel Aispuro
*Defendant's signature*

*Signature of defendant's attorney*

Jeffrey Lichtman (NY #2395044)
*Printed name and bar number of defendant's attorney*

Law Offices of Jeffrey Lichtman
11 East 44th Street, Suite 501
New York, NY 10510
*Address of defendant's attorney*

jl@jeffreylichtman.com
*E-mail address of defendant's attorney*

(212) 581-1001
*Telephone number of defendant's attorney*

(212) 581-4999
*FAX number of defendant's attorney*