Rev 3/2010

**FILED**
**JUN 10 2021**
Clerk, U.S. District and
Bankruptcy Courts

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 21-255 (RC) |
| ) | |
| ) | |
| EMMA CORONEL AISPURO ) | |
| ) | |

## WAIVER OF INDICTMENT

I, __EMMA CORONEL AISPURO__, the above-named defendant, who is accused of

Conspiracy to Distribute Heroin, Marijuana, and Methamphetamines for Unlawful Importation into the United States (in violation of 21 959(a), 1960(b)(1)(A), (b)(1)(B)(ii), (b)(1)(G), (b)(1)(H), and 963, and 18 2)

Conspiracy to Launder Monetary Instruments (in violation of 18 1956(a)(1)(A)(i) and (h))

Engaging in Transactions and Dealings in Properties of a Designated Significant Foreign Narcotics Trafficker (in violation of 21 1904(c)(1), (c)(2), and 1906(a))

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ____JUNE 10, 2021____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____   Date: __JUNE 10, 2021__
Rudolph Contreas
United States District Judge