CO 526 Rev 5/2018

**FILED**

JUN 10 2021

Clerk, U.S. District and
Bankruptcy Courts

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Criminal Case No.: 21-255 (RC) |
| ) | |
| EMMA CORONEL AISPURO ) | |
| ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent

_____
Assistant United States attorney

Approved:

_____        Date: JUNE 10, 2021
RUDOLPH CONTRERAS
United States District Judge