**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.:  21-255 (RC) |
| | : | |
| EMMA CORONEL AISPURO, | : | |
| | : | |
| Defendant. | : | |

**SENTENCING SCHEDULING ORDER**

It is hereby **ORDERED** that the following schedule shall govern the sentencing

proceedings in this case:

1. sentencing in this matter is set for **September 15, 2021, at 2:00 PM** in Courtroom

   23;

2. the probation officer assigned to this case shall disclose the draft pre-sentence

   investigation report to the parties no later than **August 11, 2021**;

3. counsel shall submit objections (if any) to the draft pre-sentence investigation

   report to the probation officer no later than **August 25, 2021**;

4. the probation officer shall disclose to the parties and file with the Court the final

   pre-sentence investigation report no later than **September 1, 2021**; and

5. any party wishing to submit a memorandum in aid of sentencing must do so no

   later than **September 7, 2021**, with all responses (if any) due by **September 13,**

   **2021**, and all such memoranda and responses thereto must cite to supporting legal

   authority.

   **SO ORDERED**.

Dated: July 20, 2021                                          RUDOLPH CONTRERAS
                                                             United States District Judge