UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-00255 (RC) |
| | : | |
| EMMA CORONEL AISPURO, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**JOINT MOTION TO CONTINUE SENTENCING**

The United States, by and through the undersigned attorneys, and Jeffrey Lichtman, Esq., and Mariel Colon Miro, Esq., counsel for the defendant Emma Coronel Aispuro (the "Defendant"), respectfully move to continue the sentencing currently scheduled for September 15, 2021 for thirty days or until such time thereafter that the Court may be available.

1. On June 10, 2021, the Defendant pleaded guilty to a three-count Information charging her with conspiracy to distribute more than one kilogram of heroin, more than five kilograms of cocaine, more than 500 grams of methamphetamine, and more than 1,000 kilograms of marijuana with the intent, knowledge, and reason to believe that such substances would be unlawfully imported in to the United States, in violation of 21 U.S.C. §§ 959(a), 960(b), and 963; conspiracy to launder monetary instruments, in violation of 18 U.S.C. § 1956(a)(1)(A)(i) and (h); and engaging in transactions and dealings in properties of a designated Significant Foreign Narcotics Trafficker, in violation of 21 U.S.C. §§ 1904(c)(1) and (c)(2) and 1906(a).

2. On July 20, 2021, the Court entered a Sentencing Scheduling Order directing the parties, *inter alia*, to file memoranda in aid of sentencing no later than September 7, 2021, with any subsequent responses filed no later than September 13, 2021.

3. The parties have received the draft pre-sentence investigation report in anticipation

of preparing memoranda in support of sentencing. The government has submitted its objections to the Probation Office, and Defendant is preparing her objections and anticipates submitting them shortly. However, in light of other obligations that have arisen in the interim and the nature of this case, the parties believe that additional time is necessary to adequately prepare for sentencing.

4. The parties therefore request a thirty-day continuance to October 14, 2021, or any date thereafter that the Court may be available. The parties further request that the deadline for filing memoranda in aid of sentencing be reset to seven days prior to the continued sentencing date, with any responses to be filed no later than three days prior to the continued sentencing date.

5. Accordingly, the parties jointly request that the Court issue an order continuing the sentencing hearing in this matter for thirty days, October 14, 2021, or any subsequent date on which the Court may be available and resetting the deadlines for filing memoranda and responses in aid of sentencing. A proposed order is attached.

Filed this 27th day of August, 2021.

Respectfully submitted,

ARTHUR G. WYATT
Chief, Narcotic and Dangerous Drug Section

By: /s/ Jeffrey Lichtman
JEFFREY LICHTMAN, ESQ.
Law Offices of Jeffrey Lichtman
11 East 44th Street, Ste. 501
New York, NY 10017

/s/ Mariel Colon Miro
MARIEL COLON MIRO, ESQ.
Law Offices of Mariel Colon Miro PLLC
300 Cadman Plaza W, 12th Floor, Ste. 381
Brooklyn, NY 11201

Counsel for Emma Coronel Aispuro

By: /s/ Katharine A. Wagner
KATHARINE A. WAGNER
Trial Attorney
ANTHONY J. NARDOZZI
Deputy Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice
145 N Street, NE, 2nd Floor East
Washington, DC 20530

Counsel for the United States

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, including defense counsel, as identified on the Notice of Electronic Filing (NEF).

Dated: August 27, 2021

/s/ Katharine A. Wagner
KATHARINE A. WAGNER
Trial Attorney
Narcotic and Dangerous Drug Section