UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR -00255 (RC) |
| | : | |
| | : | |
| **EMMA CORONEL AISPURO,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Motion to Continue Sentencing, and for good cause shown, the motion is hereby **GRANTED**;

ORDERED, that the Sentencing Hearing set for September 15, 2021, is **VACATED** and **RESET** for _____ at _____.

**IT IS FURTHER ORDERED** that the deadline for the parties to submit their memoranda in aid of sentencing are due on or before _____, with responses, if any, due on or before _____.

Dated: _____

_____
RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE