UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EMMA CORONEL AISPURO,<br><br>Defendant. | Case No. 21-CR-00255 (RC) |

CONSENT ORDER OF FORFEITURE

WHEREAS on June 10, 2021, the Defendant, Emma Coronel Aispuro, pleaded guilty pursuant to a plea agreement to a three-count Information charging her with conspiring to distribute five kilograms or more of cocaine, one kilogram or more of heroin, 500 grams or more of methamphetamine, and 1,000 kilograms or more of marijuana, knowing, intending, and having a reasonable cause to believe that such substance would be unlawfully imported into the United States, in violation of 21 U.S.C. §§ 959(a), 960, and 963 and 18 U.S.C. § 2 (Count One); conspiring to launder the proceeds of the narcotics offense charged in Count One, in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i) and 1956(h) (Count Two); and engaging in transactions and dealings in property and interests in property of a foreign person designated a Significant Foreign Narcotics Trafficker, in violation of 21 U.S.C. § 1903(b), and engaging in transactions and dealings to evade and avoid, and that had the effect of evading and avoiding, the prohibition on transactions and dealings in property and interests in property of said foreign person, in violation of 21 U.S.C. §§1904(c)(1), 1904(c)(2), and 1906(a) (Count Three); and

WHEREAS pursuant to paragraph five of the plea agreement, the Defendant agreed to forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a) and 970, her interest in any property constituting, or derived from, any proceeds of obtained by Defendant as a result of her

commission of Count One, and any property used to or intended to be used, in any manner or part, to commit or facilitate Count One. The Defendant acknowledged that she received money and property that is subject to forfeiture as a result of her violation of 21 U.S.C. §§ 959(a), 960, and 963 and 18 U.S.C. § 2 as alleged in Count One of the Information. The Defendant has since consented to forfeit the sum of $1,499,970, in the form of a money judgment; and

WHEREAS, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court determines, based on the evidence and information before it, that any property constituting, or derived from, any proceeds of obtained by Defendant as a result of her commission of Count One, and any property used to or intended to be used, in any manner or part, to commit or facilitate Count One, is subject to forfeiture pursuant to 21 U.S.C. §§ 853(a) and 970;

WHEREAS, pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, this Court further determines, based on the record in this matter, including the Information, the Plea Agreement, the Statement of Facts, the Rule 11 Hearing, and the Government's Motion for a Consent Order of Forfeiture, that a forfeiture money judgment against Defendant and in favor of the United States for the amount of $1,499,970, is appropriate insofar as this property is subject to forfeiture pursuant to 21 U.S.C. §§ 853(a) and 970;

WHEREAS, 21 U.S.C. § 853(p) authorizes the forfeiture of substitute property;

WHEREAS, upon entry of a forfeiture order, Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

***NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:***

1.     That the following property is declared forfeited to the United States, pursuant to 21 U.S.C. §§ 853(a) and 970:  any property constituting, or derived from, any proceeds of

obtained by Defendant as a result of her commission of Count One, and any property used to or intended to be used, in any manner or part, to commit or facilitate Count One.

2. A forfeiture money judgment in the amount of $1,499,970 is entered against the Defendant.

3. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

4. The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

5. Any forfeiture payments made by the defendant shall be credited solely to the forfeiture money judgment ordered in paragraph two of this Order.

6. The Clerk of the Court shall forward a certified copy of this Order to the attorneys of record for the Government.

Dated this _____ day of November, 2021.

---

THE HONORABLE RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE