UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 16-00177 (RC) |
| | : | |
| TOKUNBO AWOLEYE, | : | |
| | : | |
| Defendant. | : | |

## ~~CONSENT~~ FINAL ORDER OF FORFEITURE

*WHEREAS*, a written plea agreement was filed with this Court and signed by defendant and his counsel, Thomas Hartnett, Esquire, in which defendant agreed to plead guilty to an Information charging the offenses of operating an unlicensed money transmitting business and aiding and abetting such violation, in violation of 18 U.S.C. §§ 1960(a), 2; and conspiracy to structure transactions to evade the reporting requirements of 31 U.S.C. § 5313(a), and aiding and abetting such violation, in violation of 31 U.S.C. § 5324(a)(3), and 18 U.S.C. §§ 371, 2; and the defendant has pled guilty to that offense;

*WHEREAS*, the Information alleged the forfeiture of property, that is, forfeiture of any property, real or personal, involved in the offenses alleged in Counts One and Two, and any property traceable thereto, which property is subject to forfeiture pursuant to 18 U.S.C. § 982(a)(1), and 31 U.S.C. § 5317(c)(1)(A);

*WHEREAS*, the Information further alleged that the United States would seek a forfeiture money judgment against the defendant for a sum of money equal to the value of any property, real or personal, involved in the offenses alleged in Counts One and Two, and any property traceable thereto, which property is subject to forfeiture pursuant to 18 U.S.C. § 982(a)(1), and

1

31 U.S.C. § 5317(c)(1)(A);

*WHEREAS*, in his plea agreement, the defendant agreed to the forfeiture of the above property and the entry of a forfeiture money judgment at sentencing;

*WHEREAS*, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court determined, based upon the evidence and information before it, including the defendant's plea agreement, that any property, real or personal, involved in the offenses alleged in Counts One and Two, and any property traceable thereto, which property is subject to forfeiture pursuant to 18 U.S.C. § 982(a)(1), and 31 U.S.C. § 5317(c)(1)(A), and that a personal money judgment against the defendant and in favor of the United States, for an amount to be determined at sentencing, was appropriate;

*WHEREAS*, pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, this Court determines, based on the evidence set forth during defendant's plea hearing, that a forfeiture money judgment against defendant for $ 511,734.00 [RC] is appropriate insofar as this property is subject to forfeiture pursuant to 21 U.S.C. § 853;

*WHEREAS*, 21 U.S.C. § 853(p) authorizes the forfeiture of substitute property;

*WHEREAS*, upon entry of a forfeiture order, Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

***NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED***:

1. That the following property is declared forfeited to the United States, pursuant to 18 U.S.C. § 982(a)(1), and 31 U.S.C. § 5317(c)(1)(A): any property, real or personal, involved in the offenses alleged in Counts One and Two, and any property traceable thereto.

2. A forfeiture money judgment for $ 511,734.00 is entered against the defendant.

3. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

4. That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure this Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made part of the sentence and included in the judgment.

5. The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

6. The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

Dated this __23rd__ day of __June__, 2017.

_____
THE HONORABLE RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE