# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 21-CR-255 (RC)** |
| | : | |
| **v.** | : | |
| | : | |
| **EMMA CORONEL AISPURO,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by and through the Chief of the Narcotic and Dangerous Drug Section of the Criminal Division, United States Department of Justice, hereby informs the Clerk of this court and all parties of record that Kirk Handrich, Trial Attorney of the Narcotic and Dangerous Drug Section, is substituted Government counsel of record Anthony Nardozzi and Katharine Wagner, who can be terminated as Government counsel in this case.

Respectfully Submitted,

MARLON COBAR, Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

By:      /s/Kirk Handrich
Kirk Handrich
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
145 N Street, NE
Washington, D.C. 20530
Tel.:    (202) 514-0422
Email: Kirk.Handrich@usdoj.gov

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing was sent via ECF to the Defendant's counsel on record this 21th day of December 2023.

             */s/ Kirk Handrich*
             Kirk Handrich
             Trial Attorney
             Narcotic and Dangerous Drug Section
             Criminal Division
             Department of Justice