IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------------X

UNITED STATES OF AMERICA,

  Plaintiff,

        vs.                                                 **CASE NO:** 1:21-cr-00255-RC

EMMA CORONEL AISPURO

  Defendant.

---------------------------------------------------------------------X

## DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

COMES NOW the defendant, Emma Coronel Aispuro, by and through undersigned counsel, and files this motion requesting that the Honorable Court terminate the term of Supervised Release imposed in this case. In support of this request the defendant respectfully states as follows:

## BACKGROUND

1. Ms. Coronel Aispuro was sentenced by this Court on November 30th, 2021 to thirty-six (36) months imprisonment, pursuant to the defendant's plea of guilty to one count of Conspiracy to Distribute Heroin, Cocaine, Marijuana and Methamphetamines for Unlawful Importation to the United States (Count One), one count of Conspiracy to Launder Money Instruments (Count Two) and one count of Engaging in Transactions and Dealings in Properties of a Designated Significant Foreign Narcotics Trafficker (Count Three). The Court also imposed a term of Supervised Release of four (4) years, see (ECF No. 45).

2. Ms. Coronel Aispuro has now completed thirty-one (31) months of that term.

3. Ms. Coronel Aispuro has completed all of her sentencing obligations. She paid her Special Monetary Assessment in the amount of $300, as well as forfeiting a money judgment in the amount of $1,499,970. She has obeyed all laws and maintained satisfactory behavior, dedicating herself almost exclusively to excelling in her profession as a model and influencer.

## LEGAL STANDARD

4. Pursuant to 18 U.S.C. § 3564(c) and 3583(e)(1), this Court may, after considering the factors set forth in 18 U.S.C. § 3553(a), terminate terms of supervised release after the expiration of one year of supervision, provided that such termination is warranted by the conduct of the defendant and such action is in the interest of justice.

5. Consequently, early termination of Supervised Release can serve as a positive incentive for defendants under supervision and can also contain costs in the judiciary without undermining the objective of public safety.

6. The Judicial Conference has favored policies that encourage the U.S. Probation Offices to terminate the supervised release terms of meritorious candidates. For example, in 2003, the Judicial Conference approved a policy that encouraged termination of eligible offenders where these candidates had: (1) satisfied the conditions of supervision, (2) had successfully reintegrated into the community, and (3) did not pose a foreseeable risk to public safety generally nor to any individual third party. https://www.uscourts.gov/sites/default/files/77_2_2_0.pdf

## ARGUMENT

7. Ms. Coronel Aispuro fully complies with this criterion for termination.

8. Ms. Coronel Aispuro completed her term of incarceration and began to serve her term of supervision on May 30th, 2023. Consequently, Ms. Coronel Aispuro has already served

thirty-one (31) months of her Supervised Release term. During her supervision period she has abstained from any unlawful conduct and has been fully compliant with her conditions of release and the instructions and requests made of her by the U.S. Probation Office.

9. She has maintained open and respectful communication with her supervising probation officer, complied with all reporting requirements, and engaged in no further criminal conduct. Her commitment to rehabilitation and reintegration into society has been consistent, sincere, and demonstrably successful.

10. Ms. Coronel Aispuro is the proud and devoted mother of twin daughters, now fourteen (14) years old. The girls are currently enrolled in the eighth grade and are performing exceptionally well academically. They are honor students, described by teachers as well-mannered, and driven— a direct reflection of the stable and nurturing home that Ms. Coronel Aispuro has provided.

11. Parenting alone under public scrutiny has not been easy, but Ms. Coronel Aispuro has shown unwavering dedication to ensuring her daughters grow up in a secure and loving environment. Her supervision has not just been compliant— has been exemplary.

12. In addition to the foregoing, the U.S. Probation Office and the Court has graciously permitted Ms. Coronel Aispuro to travel domestically and internationally on work commitments, all without incident. During her court- authorized trips, Ms. Coronel Aispuro has scrupulously abided by all the conditions imposed by the Court and the conditions set by her supervising officer, demonstrating her discipline and commitment to her rehabilitation.

13. Ms. Coronel Aispuro's unblemished conduct over the past year, her dedication to her employment and her family, and her structured and orderly lifestyle demonstrates that she can thrive and remain law abiding without the need for supervision.

14. This request for early termination of Supervised Release is fully supported by Ms. Coronel Aispuro's conduct over the past thirty-one (31) months, the interests of justice, and the need to efficiently utilize judicial resources.

15. Termination is consistent with the § 3553(a) factors. Ms. Coronel has paid her debt to society, poses no danger to the community, and has proven her ability to live a law-abiding, productive life. Continued supervision serves no rehabilitative purpose at this stage and imposes unnecessary hardship on both her and her minor children.

16. This Court has the discretion — and respectfully, the opportunity— to recognize a rehabilitated individual and support the best interests of two bright young girls who depend wholly on their mother.

17. Counsel for the defendant has conferred with the Money Laundering, Narcotics and Forfeiture Section of the Department of Justice regarding this request. The Government has advised undersigned counsel it does not oppose early termination of Ms. Coronel Aispuro's term of supervised release. The Government has further indicated that, should the Court deem it appropriate, it is prepared to address any questions or provide additional information at a hearing conducted under seal before the Honorable Rudolph Contreras.

18. Accordingly, the defendant respectfully requests that the Court, in its discretion, schedule a sealed hearing on this Motion.

19. While the United States Probation Office has indicated that it opposes early termination at this time, the absence of Government opposition, coupled with Ms. Coronel Aispuro's exemplary compliance, rehabilitation, and demonstrated stability strongly supports a finding that early termination is warranted under 18 U.S.C. § 3583(e)(1) and in the interest of justice.

## **CONCLUSION**

For the foregoing reasons, Ms. Emma Coronel Aispuro, having successfully served more than half of her period of supervision, respectfully requests that this Honorable Court grant her motion for early termination of Supervised Release, pursuant to the authority of 18 U.S.C. § 3564(c).

DATED: January 13th, 2026
       Brooklyn, NY

Respectfully submitted,

/s/ Mariel Colon Miro
Mariel Colon Miro, Esq.
Law Offices of Mariel Colon Miro, PLLC
300 Cadman Plaza W 12th Floor
Brooklyn, NY 11201
*Attorney for Defendant*

**cc: All parties (via CEF)**

## **CERTIFICATE OF SERVICE**

I, MARIEL COLON MIRO, HEREBY CERTIFY that on January 13th, 2026, a copy of the foregoing Motion was served via ECF to all parties on record.

/s/ MARIEL COLON MIRO
MARIEL COLON MIRO